# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| SHAWN F. JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV412-107 |
| | ) |
| RONALD W. SPEARS, Warden, | ) |
| VICKKIE BROWN, Asst. Warden, | ) |
| LT. HILL; LT. ALLEN; SGT TINA | ) |
| EDWARDS; and H. BADGER, | ) |
| Counselor. | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Court denied civil rights inmate-plaintiff Shawn F. Jones' last motion to compel in part because he failed to "in good faith attempt to negotiate out [this] dispute[] and certify same in the discovery compulsion motion." *Scruggs v. International Paper Co.*, 2012 WL 1899405 at *1 (S.D. Ga. May 24, 2012).[1] Doc. 29. It also denied it because defendants

---

[1] Courts diligently enforce that requirement because it conserves court resources. *Avera v. United Airlines, Inc.*, 465 F. App'x 855, 858-59 (11th Cir. 2012) (magistrate judge did not abuse his discretion in denying, without prejudice, plaintiff's motion to compel discovery where plaintiff had not sought to resolve his discovery dispute with defendant before filing the motion); *In re Rhodes Companies, LLC*, 475 B.R. 733, 742 (D. Nev. 2012) (affirming bankruptcy court's denial of protective-order motion based on moving party's failure to include such certification, rejecting "futility" assertion); *Jo Ann Howard & Associates, P.C. v. Cassity*, 2012 WL 1247271 at * 8 (E.D. Mo. Apr.

showed they owed Jones no discovery. The same two reasons support denial of Jones' latest filing -- his "Motion for Subpoenas." Doc. 30. It is **DENIED**.

    **SO ORDERED**, this 3rd day of October, 2012.

                              UNITED STATES MAGISTRATE JUDGE
                              SOUTHERN DISTRICT OF GEORGIA

---

13, 2012) (rejecting compulsion request in part because "the failure of the parties to communicate *materially* impeded their resolution of this matter."); Local Rule 26.5(c).