FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 JUL -2 PM 1: 51

CLERK A. moore
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| SHAWN F. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV412-107 |
| | ) | |
| RONALD W. SPEARS, Warden, | ) | |
| VICKKIE BROWN, Asst. Warden, | ) | |
| LT. HILL; LT. ALLEN; SGT TINA | ) | |
| EDWARDS; and H. BADGER, | ) | |
| Counselor. | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court

concurs with the Magistrate Judge's Report and Recommendation, to which

no objections have been filed. Accordingly, the Report and Recommendation

of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _2_ day of _July_, 2013.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA